# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  ATTORNEYS            :  No. 47 INC
ADMINISTRATIVELY SUSPENDED    :
PURSUANT TO RULE 111(b),         :
Pa.R.C.L.E.                       :

## O R D E R

**PER CURIAM:**

AND NOW, this 15th day of July, 2015, it is hereby ORDERED that the attorneys named on the attached list are administratively suspended pursuant to Rule 111(b), Pa.R.C.L.E.; and it is further ORDERED that the said suspension shall be effective thirty days after the date of this Order pursuant to Rule 217, Pa.R.D.E.